IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 AUG 28 P 3: 23

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

Rudolph Lyons, Jr. et al
    Plaintiff(s)

vs.

American Home Products Corporation
    Defendant(s)

Civil No.: L 00-2061

\*\*\*\*\*\*

## ORDER

A conditional transfer order having been issued by the Judicial Panel on Multidistrict Litigation, it is this 28th day of August, 2000,

ORDERED that this action be administratively closed subject to being reopened in the event that any party files an objection with the MDL Panel in accordance with the Panel's Rule 12.

_____
Benson E. Legg
United States District Judge



U.S. District Court (Rev. 12/1999) - Administrative Case Closing